In re JOHN M. LINCK CONST. CO.

Petition of LARSEN.

(Circuit Court of Appeals, Second Circuit. June 22, 1915.)

No. 288.

BANKRUPTCY ☞444—PETITIONS TO REVISE—TIME FOR FILING.

Under rule 38 for the Second circuit (150 Fed. liv, 79 C. C. A. liv), providing that petitions to review orders in bankruptcy must be filed and served within 10 days after the entry of the order sought to be reviewed, where the District Judge on October 30th fixed the allowance to the trustee's attorney, and on December 3d a creditor obtained an order to show cause why the allowance should not be reduced, which the District Judge denied, a petition to revise subsequently filed was too late, as it should have been taken within 10 days after the original order was entered, and could not be extended by a motion to resettle.

[Ed. Note.—For other cases, see Bankruptcy, Cent. Dig. §§ 920–927; Dec. Dig. ☞444.]

. Petition to Revise Order of the District Court of the United States for the Southern District of New York.

Ferdinand E. M. Bullowa and I. M. Wormser, both of New York City (Lawrence E. Brown, of New York City, of counsel), for petitioner.

H. B. Singer, of New York City, for respondent.

Before LACOMBE, WARD, and ROGERS, Circuit Judges.

WARD, Circuit Judge. October 15, 1914, Henry B. Singer, as attorney for the trustee, filed with the referee his petition for a reasonable allowance for his services, together with his disbursements.

October 20th the referee reported that the trustee was entitled to $170.05 as commission, and that the petitioner was entitled to a greater compensation than double this allowance.

October 30th the District Judge fixed the allowance at $1,200 for services and $22.85 for disbursements.

December 3d Ludvig Larsen, a creditor, obtained an order upon the trustee to show cause why this allowance to his attorney for services should not be reduced to $650, which the District Judge denied.

This petition to revise comes too late. It should have been taken within 10 days after the original order was entered. Rule 38, Circuit Court of Appeals (150 Fed. liv, 79 C. C. A. liv). The time cannot be extended by a motion to resettle.

Petition denied.